UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAIBOU JAITEH,

                    Plaintiff,

           -against-

MAMDU ABRI and WESTERN EXPRESS
INC.,

                  Defendants.

26-CV-37 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's January 6, 2026 Order, Dkt. 4, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Tuesday, April 7, 2026**.

SO ORDERED.

Dated: April 6, 2026
      New York, New York

                                ARUN SUBRAMANIAN
                        United States District Judge